## STATE OF CONNECTICUT *v.* ALEXIS SANTOS
## (AC 35755)

Lavine, Beach and Alvord, Js.

Argued March 3—officially released March 25, 2014

Defendant's appeal from the Superior Court in the judicial district of Waterbury, *Crawford, J.*

Per Curiam. The judgment is affirmed.

## PORTFOLIO RECOVERY ASSOCIATES, LLC
## *v.* KRISTEN JENCKS
## (AC 35444)

Lavine, Beach and Alvord, Js.

Argued March 3—officially released March 25, 2014

Defendant's appeal from the Superior Court in the judicial district of Windham at Putnam, *Calmar, J.*

Per Curiam. The judgment is affirmed.